UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
Clerk's Office – Newark, NJ

ALFRED F. NICKEY

                Plaintiff,

v.                                           Case No.: 2:17–cv–11250–KSH–CLW

                                                Judge Katharine S. Hayden

C. BLACKBURN, INC, et al.

                Defendant.

### Order For Dismissal Pursuant to L.Civ.R. 41.1(a)

    It appearing that the above captioned action having been pending for more than 90 days without any proceeding having been taken during this time and good cause having not been shown as to why this action should not be dismissed;

**IT IS** on this 19th day of June, 2018,

**ORDERED** that the above captioned action be and is hereby dismissed, pursuant to L.Civ.R. 41.1(a), without prejudice and without costs.

                                      /s/ Katharine S. Hayden
                                      _____
                                      KATHARINE S. HAYDEN United States District Judge